## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1446 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses without prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

DATED: October 25, 2012

By:   s/ Michael K. Dugas
      Michael K. Dugas
      Bar No. 0392158
      Attorney for AF Holdings LLC
      Alpha Law Firm LLC
      900 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402
      Telephone: (415) 325 – 5900
      mkdugas@wefightpiracy.com