UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF Holdings LLC                                    Civil No. 12-1446 (JNE/FLN)

    Plaintiff,

v.                                                 **ORDER**

John Doe

    Defendant.

_____

Michael K. Dugas for the plaintiff AF Holdings LLC.

_____

By order dated June 20, 2013, the Court reopened this case for the purpose of determining whether the plaintiff committed a fraud on the court. Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.4, a case-management conference in the above-captioned matter will be held on August 5, 2013 at 1:30 p.m. before the undersigned in chambers at Suite 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. It is **HEREBY ORDERED** that:

1. Mr. Michael K. Dugas, an officer for the plaintiff AF Holdings LLC, and the John Doe defendant shall appear at the conference.

2. Within three days of the date of this order, Mr. Michael K. Dugas shall file a declaration in which he declares under penalty of perjury that the individuals identified in paragraph 1 have been served with a copy of this order.

DATED: July 16, 2013.                    *s/ Franklin L. Noel*
                                                             FRANKLIN L. NOEL
                                                             United States Magistrate Judge