## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1446 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## DECLARATION OF MICHAEL DUGAS

I, Michael K. Dugas, declare as follows:

1. I certify that a copy of the Court's Order of July 16, 2013 was served on Mark Lutz (an officer of AF Holdings LLC) and the John Doe defendant.

2. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: July 18, 2013**           By:      /s/ Michael K. Dugas