August 2, 2013

The Honorable Franklin L. Noel
United States District Court
U.S. Courthouse, Suite 9W
300 South Fourth Street
Minneapolis, MN 55415

Re: **AF Holdings, LLC v. John Doe, 12-cv-1445 (JNE/FLN)**
**AF Holdings, LLC v. John Doe, 12-cv-1446 (JNE/FLN)**
**AF Holdings, LLC v. John Doe, 12-cv-1447 (JNE/FLN)**
**AF Holdings, LLC v. John Doe, 12-cv-1448 (JNE/FLN)**
**AF Holdings, LLC v. Roeum Hean, 12-cv-1449 (JNE/FLN)**

Dear Judge Noel:

I write to ask for the upcoming case management conferences to be postponed pending the District Court's ruling on objections that I timely filed on July 29, 2013, to this Court's July 15, 2013, order scheduling case management conferences. The objections raise significant due process, jurisdictional and separation of powers issues and the favorable resolution of one or more of these issues by the District Court could prevent the needless expenditure of scarce judicial resources.

If the Court declines to postpone the case management conferences, I would respectfully ask for leave to appear via telephone at the conferences. I am currently scheduled to appear in a major commercial foreclosure action on behalf of a client on Monday, August 5, 2013, in Northern Illinois. I have been attempting to reschedule this matter, but so far my efforts have been unsuccessful.

For these reasons, I respectfully ask the Court to postpone the case management conferences or, in the alternative, to appear via telephone at the conferences.

Respectfully submitted,

Paul Duffy

