# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE - CHAMBERS 9W - Minneapolis

**COURT MINUTES**

AF Holdings LLC,
        Plaintiff,

v.

John Doe,
        Defendant.

Case Number: 12-CV-1446 (JNE/FLN)

| | |
|---|---|
| Date: | August 5, 2013 |
| Court Reporter: | N/A |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:35 p.m. |
| Time in Chambers: | 5 minutes |

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

APPEARANCES:

Paul Hansmeier & Michael Dugas for the plaintiff AF Holdings LLC;
Paul Godfread for Alan Cooper;
Mark Lutz, officer of the plaintiff AF Holdings LLC.

The participants discussed the status of this case. The plaintiff informed the Court that this case was dismissed without a settlement.

                                            *s/Franklin L. Noel*
                                            U. S. Magistrate Judge