## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AF HOLDINGS LLC,

     Plaintiff,

v.

JOHN DOE,

     Defendant.

CASE NO. 12-cv-1446

Judge: Hon. Joan N. Ericksen

Magistrate Judge: Hon. Franklin L. Noel

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 16, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the following document using the Court's CM/ECF system:

1.     Plaintiff's Notice to the Court.

DATED: August 16, 2013

                          By:        /s/ Paul R. Hansmeier