# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1446 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7(a) the undersigned counsel, Michael Dugas, hereby provides notice of his withdrawal from the case.

The Court previously indicated that it rejected the undersigned counsel's notice of substitution and withdrawal brought pursuant to Local Rule 83.7(b). The Court rejected the notice under subsection (b)(2) because the substitution and withdrawal would delay the progress of the case. No such element is present under section (a).

Indeed, both elements of Local Rule 83.7(a) are met. Element (1) is met because attorney Paul Hansmeier made an appearance on behalf of Plaintiff on July 29, 2013. (ECF No. 16.) Element (2) is met because attorney Paul Hansmeier will still be counsel of record for Plaintiff after the withdrawal.

Because both elements of Local Rule 83.7(a) are met and the notice is effective upon filing, the undersigned counsel has withdrawn from the case.

                                          Respectfully submitted,

DATED: August 18, 2013

                                  By:    s/ Michael K. Dugas
                                              Michael K. Dugas
                                              Bar No. 0392158
                                              1314 Marquette Ave.
                                              Minneapolis, MN 55403